EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2004

at 11 o'clock and 16 min. ᗩ M.
WALTER A.Y.H. CHINN, CLERK

LODGED

DEC 1 4 2004
2:28 pm TP
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 04-354 KSC |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| JARRETT LLOYD McATEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

ORDER FOR DISMISSAL


        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Complaint against Defendant JARRETT LLOYD McATEE on the ground(s)

that the charges in the Complaint are being prosecuted by the

Hawaii County Prosecutor's Office.

The defendant is currently in State custody in the County of Hawaii.  The defendant did not make an appearance in Federal Court in this matter.

DATED:  Honolulu, Hawaii, _____.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
EDRIC M. CHING
Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.


LESLIE E. KOBAYASHI    DEC 15 2004
_____
UNITED STATES MAGISTRATE JUDGE


United States v. Jarrett Lloyd McAtee
Mag. No. 04-354 KSC
"Order for Dismissal"

2